

In The
Court of Appeals
Seventh District of Texas at Amarillo

_____

No. 07-21-00309-CV
_____

EX PARTE CHARLES BRICE CHAPMAN

ORIGINAL PROCEEDING ON PETITION FOR WRIT OF HABEAS CORPUS

January 11, 2022

MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

This original proceeding arises from a petition for writ of habeas corpus filed by Doug Moreland, a non-attorney, purportedly on behalf of Charles Brice Chapman. The petition seeks habeas relief from an alleged order of contempt issued against Chapman in a civil case. *See* TEX. GOV'T CODE ANN. § 22.221(d). Without deciding whether Moreland, a non-attorney, may sign and file said petition for Chapman, or whether a filing fee is required, we deny the petition as it fails to include the contents required by the appellate rules and is not accompanied by a record. *See* TEX. R. APP. P. 52.3 (requiring a petition to include, among other things, argument supported by appropriate citations to legal authorities and the record); 52.7 (requiring a record containing (1) a certified or

sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding, and (2) a properly authenticated transcript of any relevant testimony from any underlying proceeding).

Accordingly, the petition for writ of habeas corpus is denied. *See* TEX. R. APP. P. 52.8(a).

Per Curiam